UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13031
  DAVID A JOHNSON
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-7805

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/20/2007 and was confirmed 09/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/20/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | 2246.41 | .00 | 1142.11 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 4469.43 | .00 | 4469.43 |
| LITTON LOAN SERVICING | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | .00 | .00 | .00 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | SECURED VEHIC | 11257.24 | 863.45 | 2087.15 |
| GMAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| HARLEY DAVIDSON CREDIT | SECURED VEHIC | 15990.21 | 1227.24 | 2980.39 |
| HARLEY DAVIDSON CREDIT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HARLEY DAVIDSON CREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| NUVELL CREDIT CO LLC | SECURED VEHIC | 21921.69 | 1687.70 | 4044.32 |
| NUVELL CREDIT CO LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRUCK FINANCIAL CORP | SECURED VEHIC | 6000.00 | 459.47 | 1121.54 |
| NATIONWIDE ACCEPTANCE CO | SECURED VEHIC | .00 | .00 | .00 |
| NATIONWIDE ACCEPTANCE CO | UNSEC W/INTER | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2647.03 | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ELK GROVE VILLAGE POLICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SAM'S CLUB | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SPRINT PCS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT PCS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSEC W/INTER | 379.27 | .00 | .00 |
| AT & T WIRELESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| DEBT RECOVERY SOLUTION | UNSEC W/INTER | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                    CASE NO. 07 B 13031 DAVID A JOHNSON

```
DEBT RECOVERY SOLUTIONS   NOTICE ONLY   NOT FILED              .00           .00
DEPENDON COLLECTION SE    UNSEC W/INTER  NOT FILED             .00           .00
DEPENDON COLLECTION SERV  NOTICE ONLY   NOT FILED              .00           .00
VILLAGE OF BERKLEY        NOTICE ONLY   NOT FILED              .00           .00
FIRST BANK OF MARIN       UNSEC W/INTER  NOT FILED             .00           .00
PREMIER BANKCARD          UNSEC W/INTER    370.83              .00           .00
KCA FINANCIAL SERVICES    UNSEC W/INTER NOT FILED              .00           .00
MEDICAL COLLECTIONS SYST  UNSEC W/INTER  NOT FILED             .00           .00
MIDLAND CREDIT MANAGEMEN  UNSEC W/INTER    249.87              .00           .00
MCI                       NOTICE ONLY   NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED             .00           .00
NUVELL CREDIT CO LLC      UNSEC W/INTER  NOT FILED             .00           .00
GMAC                      UNSEC W/INTER  NOT FILED             .00           .00
LITTON LOAN SERVICING LP  NOTICE ONLY   NOT FILED              .00           .00
ELK GROVE VILLAGE POLICE  UNSEC W/INTER     90.00              .00           .00
WASHINGTON MUTUAL         CURRENT MORTG      .00               .00           .00
WASHINGTON MUTUAL         MORTGAGE ARRE   3858.38              .00       1961.69
INTERNAL REVENUE SERVICE  UNSEC W/INTER  19169.37              .00           .00
CHECK N GO                UNSEC W/INTER  NOT FILED             .00           .00
CITY OF CHICAGO DEPT OF   UNSEC W/INTER   2897.50              .00           .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY    NOT FILED             .00           .00
CITY OF CHICAGO           NOTICE ONLY   NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     25.00              .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY         272.92              .00           .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER     23.60              .00           .00
LEDFORD & WU              DEBTOR ATTY    1,599.00                        1,599.00
TOM VAUGHN                TRUSTEE                                         1,856.51
DEBTOR REFUND             REFUND                                              .00
```

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                              RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                      25,500.00

PRIORITY                                              .00
SECURED                                         17,806.63
      INTEREST                                   4,237.86
UNSECURED                                             .00
ADMINISTRATIVE                                   1,599.00
TRUSTEE COMPENSATION                             1,856.51
DEBTOR REFUND                                         .00
                           ---------------   ---------------
TOTALS                      25,500.00           25,500.00

          PAGE  2 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13031 DAVID A JOHNSON

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE